UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| CHARLES FISHER,<br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of Social Security Administration*,<br>    Defendant. | **JUDGMENT**<br><br>Case No. 2:23-CV-25-KS |

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED** the court AFFIRMS the Commissioner's decision.

This judgment filed and entered on 4/3/2024, *with electronic service* upon the following:

**Lindsay Osterhout**
*Plaintiff's Counsel*

**Wanda Mason**
**Samantha Zeiler**
*Defendant's Counsel*

                                      **PETER A. MOORE, JR.**
                                      CLERK, U.S. DISTRICT COURT

Date: April 3, 2024                             /s/ *Shelia D. Foell*
                                                    Deputy Clerk, US District Court